1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ADINADAB ISRAEL,

11          Plaintiff,                          CIV S-05-0425 MCE KJM PS

12          v.

13   ESTHER VOLKAN, et al.,

14          Defendants.                    FINDINGS & RECOMMENDATIONS

15   _____/

16          A status conference was set before the undersigned for July 27, 2005.  Plaintiff

17   failed to appear.

18          As provided by Federal Rule of Civil Procedure 4(m), the court may dismiss an

19   action where service of summons is not made within 120 days after the filing of the complaint.

20   In the order setting status conference, filed March 3, 2005, plaintiff was cautioned that this action

21   may be dismissed if service was not timely completed.  This action was filed March 3, 2005 and

22   plaintiff has not yet served defendants with summons.

23          Moreover, there is no apparent basis for subject  matter jurisdiction in this action,

24   which essentially contests actions taken in a state worker's compensation case.  Plaintiff invokes

25   28 U.S.C. § 1651 as the basis of subject matter jurisdiction.  That section, however, does not

26   confer jurisdiction on this court.  See Jackson v. Vasquez, 1 F.3d 885, 889 (9th Cir.1993) (court

1

1  cannot issue a writ under All Writs Act unless designed to preserve jurisdiction court has

2  acquired from some other independent source in law).

3            Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed.

4            These findings and recommendations are submitted to the United States District

5  Judge assigned to the case pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days

6  after being served with these findings and recommendations, any party may file written

7  objections with the court and serve a copy on all parties.  Such a document should be captioned

8  "Objections to Findings and Recommendations."  Any reply to the objections shall be served and

9  filed within ten days after service of the objections.  The parties are advised that failure to file

10  objections within the specified time may waive the right to appeal the District Court's order.

11  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

12  DATED:   July 27, 2005.

13

14  _____
       UNITED STATES MAGISTRATE JUDGE

15

16

17

18  006
    israel.4m.57

19

20

21

22

23

24

25

26