```
 1
 2
 3
 4
 5
 6
 7
 8                   IN THE UNITED STATES DISTRICT COURT
 9                 FOR THE EASTERN DISTRICT OF CALIFORNIA
10
11  ADIN ADAB ISRAEL,                    No. CIV S-05-0425 MCE KJM PS
12           Plaintiff,
13       v.                              ORDER
14  ESTHER VOLKAN, ET AL.,
15           Defendants.
                                    /
16
17       Plaintiff, proceeding pro se, filed the above-entitled
18  actions.  The matter was referred to a United States Magistrate
19  Judge pursuant to Local Rule 72-302(c)(21).
20       On July 28, 2005, the magistrate judge filed findings and
21  recommendations herein which were served on plaintiff and which
22  contained notice to plaintiff that any objections to the findings
23  and recommendations were to be filed within ten days.  Plaintiff
24  has not filed objections to the findings and recommendations.
25  ///
26  ///
```

1

1 | The court has reviewed the file and finds the findings and
2 | recommendations to be supported by the record and by the
3 | magistrate judge's analysis.  Accordingly, IT IS HEREBY ORDERED
4 | that:
5 |     1.  The findings and recommendations filed July 28, 2005,
6 | are adopted in full; and
7 |     2.  This action is dismissed.
8 | DATED: September 14, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

2